AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
| :--- | :--- |
| v. | ) Case: 1:21-mj-00536 |
| James Russell Davis | ) Assigned To : Faruqui, Zia M. |
|  | ) Assign. Date : 7/22/2021 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* James Russell Davis,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a) (Felony) - Assaulting, Resisting, or Impeding Certain Officers;
18 U.S.C. §§ 1752(a)(2) and (4) - Disorderly and Disruptive Conduct and Engaging in Physical Violence in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(F) - Act of Physical Violence in the Capitol Grounds or Buildings;
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder.

Date: 07/22/2021

2021.07.22 22:03:39 -04'00'

*Issuing officer's signature*

City and state: Washington, D.C.    Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 7/27/2021, and the person was arrested on *(date)* 7/28/2021
at *(city and state)* Washington, DC.

Date: 7/28/2021

*Arresting officer's signature*

STEWART CURCIO / SPECIAL AGENT FBI
*Printed name and title*